## TOWN OF WATERFORD *v.* STEPHEN J. KRIJGER
### (AC 30949)

Bishop, Gruendel and Harper, Js.

Argued February 15—officially released March 15, 2011

Per Curiam. The judgment is affirmed.

## WILLIAM LAWLER *v.* WESLEY HATCH
### (AC 31858)

Harper, Lavine and Flynn, Js.

Submitted on briefs December 1, 2010—officially released March 15, 2011

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MARCO RODRIGUEZ
### (AC 32162)

Gruendel, Lavine and Dupont, Js.

Argued March 9—officially released April 5, 2011

Per Curiam. The judgments are affirmed.